Portfolio Recovery
120 Corporate Blvd, Suite 100
Norfolk, VA 23502

8/14/2023

Dear Sir or Madam,

These are confusing times indeed and it has become more and more difficult for me to stay on top of everything as things become more complex and digitized and altogether tricky. I remember when things were simple and you could count on the fingers of one hand all of the accounts and business dealings that you had to keep track of. Now everything is online and it is so hard to find out what's going on. For instance apparently my finances are far more involved than I thought. I saw that your company is reporting that I owe you a sum of money, but I just don't think that is correct. I am very sure that I have never been a customer or a client of yours and so I can't imagine how I could owe you anything and I don't think this is right. In addition have you tried to go and find a new computer or a new TV or anything like that recently? It is so hard, everything is "high tech" and there are so many letters and numbers attached to everything! I just want a TV to watch the games on Sunday and meanwhile they're trying to sell me some crazy XR-65A80K thing and I just don't understand... Thanks for the help anyway!

Sincerely,
*Robert Sofaly*
Robert Sofaly

DOB: 5/7/1963

SSN: XXX-XX-2737