IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT SOFALY,** | : |
| *Plaintiff,* | : Case No.: 2:23-cv-02018-CB |
| v. | : |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | : |
| *Defendants.* | : |

**PROOF OF SERVICE OF APOLOGY LETTER AND MEMORANDUM OF COURT**

AND NOW, comes Plaintiff, by and through the undersigned counsel, to file the within Proof of Service of Apology Letter and Memorandum of Court, and in support thereof avers as follows:

1. On August 5, 2024, this Honorable Court issued a Memorandum and Order in the above captioned case. *See* ECF No. 32.

2. The Memorandum and Order issued sanctions on Attorneys Gordon and Ward to, among other things, "By no later than **August 14, 2024**, Plaintiffs' counsel shall issue, on firm letterhead, written apology letters to Messrs. Sofaly and Malcolm, affixing thereto copies of this Memorandum and Order. Counsel shall file on the docket proof of service of said letters." *See* ECF No. 32.

3. In accordance with the Memorandum and Order, the undersigned does hereby swear and affirm that on August 14, 2024, Counsel for Plaintiff sent Mr. Sofaly an apology letter on firm letterhead and attached thereto a copy of the Memorandum and Final Order at ECF Nos. 32 and 33, via Priority Mail, to Robert Sofaly, 221 Slate Run Road, Greensburg, PA 15601.

4. Attached hereto as Exhibit 1, please see the Priority Mail receipt.

    Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**

Date: August 14, 2024      By: _____
    Joshua P. Ward (Pa. I.D. No. 320347)
    Travis A. Gordon (Pa. I.D. No. 328314)

    J.P. Ward & Associates, LLC
    The Rubicon Building
    201 South Highland Avenue
    Suite 201
    Pittsburgh, PA 15206

    *Counsel for Plaintiff*