IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT SOFALY,

                                                                                     Civil No.: 2:23-cv-02018

      *Plaintiff,*

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

      *Defendant.*

**APPEAL OF:** J.P. WARD & ASSOCIATES, LLC,
TRAVIS ANDREW GORDON, ESQ. AND
JOSHUA P. WARD, ESQ., *Appellants.*

## AMENDED NOTICE OF APPEAL

Notice is hereby given that J.P. WARD & ASSOCIATES, LLC, TRAVIS ANDREW GORDON, ESQ., and JOSHUA P. WARD, ESQ., as non-parties and counsel for the plaintiff[1] in the above-named case, hereby jointly appeal to the United States Court of Appeals for the Third Circuit from the monetary and non-monetary sanctions order and judgment, entered in this action on August 5, 2024 (ECF 33 & 34), and October 15, 2024 (ECF 42).

Dated: October 21, 2024         Respectfully submitted.

                                                 *s/Ryan H. James*
                                                 Ryan H. James (PA 313049)

---

[1] To avoid any confusion, this appeal is not brought on behalf of the named plaintiff.

JAMES LAW, LLC
1200 Lincoln Way
White Oak, Pennsylvania 15131
412-977-1827
412-896-1321 (Fax)
ryan@rhjameslaw.com

*Counsel for J.P. Ward & Associates, LLC, Travis Andrew Gordon, Esq., and Joshua P. Ward, Esq., Appellants*